The People of the State of New York, Respondent, 
against
Freddy Richardson a/k/a Freddie Richardson, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Eileen Koretz, J.H.O.), rendered December 18, 2018, convicting him, upon a plea of guilty, of unlicensed driving, and sentenced him to a $100 fine.




Per Curiam.
Judgment of conviction (Eileen Koretz, J.H.O.), rendered December 18, 2018, affirmed.
The accusatory instrument was not jurisdictionally defective. Sworn police allegations that defendant was "behind the wheel" of a vehicle, while "the key was in the ignition [and] the engine was running," satisfied the operation element of the charged Vehicle and Traffic Law offenses (see People v Alamo, 34 NY2d 453, 458—459 [1974]; People v Almanzar, 113 AD3d 527 [2014], lv denied 23 NY3d
1059 [2014]).
We perceive no basis for reducing the $100 fine. Defendant received the precise sentence for which he had bargained, which was within the permissible statutory range (see Vehicle and Traffic Law § 509[11]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 30, 2020